# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-00005-JEB |
| ) | |
| HERAEUS ELECTRO-NITE CO., LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT AND CERTIFICATION OF COMPLIANCE PURSUANT TO SECTION 5(G) OF THE CLAYTON ACT

Defendant Heraeus Electro-Nite Co., LLC (the "Defendant") makes this submission pursuant to Section 5(g) of the Clayton Act, 15 U.S.C. § 16(g), regarding "any and all written or oral communications" between representatives of the Defendant and any "officer or employee of the United States concerning or relevant to" the proposed Final Judgment filed in this matter on January 2, 2014, other than communications involving only the Attorney General or employees of the Department of Justice and counsel of record for the Defendant (Jeremy A. Rist of Blank Rome LLP), which are specifically excluded from this description.

**I.    Description of Communications.**

1. On July 8, 2013, Abbott B. Lipsky, Jr., counsel for the Defendant, communicated in writing with employees of the Department of Justice concerning potential terms of a proposed Final Judgment.

2. On July 9, 2013, counsel of record for the Defendant; R. Joel Falk, President of the Defendant; Austin K. So, Associate General Counsel for Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; met with employees of the Department of Justice concerning potential terms of a proposed Final Judgment.

3. On July 10, 2013, Abbott B. Lipsky, Jr., counsel for the Defendant participated in a call with employees of the Department of Justice concerning potential terms of a proposed Final Judgment.

4. On July 17, 2013, counsel of record for the Defendant; R. Joel Falk, President of the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; communicated in writing with employees of the Department of Justice concerning potential terms of a proposed Final Judgment.

5. On July 24, 2013, Abbott B. Lipsky, Jr., counsel for the Defendant, participated in a call with employees of the Department of Justice concerning potential terms of a proposed Final Judgment.

6. On August 1, 2013, Abbott B. Lipsky, Jr., counsel for the Defendant, communicated in writing with employees of the Department of Justice concerning potential terms of a proposed Final Judgment and a draft thereof.

7. On August 6, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; participated in a call with employees of the Department of Justice concerning potential terms of a proposed Final Judgment and a draft thereof.

8. On August 15 and 16, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the

Defendant; communicated in writing with employees of the Department of Justice concerning potential terms of a proposed Final Judgment, a draft thereof, and the Defendant's divestiture efforts.

9.  On August 19, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; communicated in writing with employees of the Department of Justice concerning a draft of a proposed Final Judgment.

10.  On August 21, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; participated in a call with employees of the Department of Justice concerning a draft of a proposed Final Judgment.

11.  On August 23, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; communicated in writing with employees of the Department of Justice concerning an issue related to assets relevant to the proposed Final Judgment.

12.  On August 27, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; communicated in writing with employees of the Department of Justice concerning the Defendant's divestiture efforts.

13.  On August 28, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; communicated in writing with employees of the Department of Justice concerning the Defendant's divestiture efforts.

14.  On August 29, 2013, counsel of record for the Defendant; R. Joel Falk, President of the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr.; counsel for the Defendant; met with employees of the Department of Justice concerning the Defendant's divestiture efforts and a draft of the proposed Final Judgment.

15.  On September 4, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; communicated in writing with employees of the Department of Justice concerning an issue related to assets relevant to the proposed Final Judgment.

16.  On September 5, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; communicated in writing with employees of the Department of Justice concerning an issue related to assets relevant to the proposed Final Judgment.

17.  On September 6, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant; communicated in writing with employees of the Department of Justice concerning the status of the Department of Justice's review of the Defendant's proposed divestiture and the Defendant's other divestiture efforts.

18.  On September 30, 2013, counsel of record for the Defendant; and Austin K. So, Associate General Counsel of Heraeus Incorporated; communicated in writing with employees of the Department of Justice concerning the status of the Department of Justice's review of the Defendant's proposed divestiture.

19.  On October 17, 2013, counsel of record for the Defendant; Austin K. So, Associate General Counsel of Heraeus Incorporated; and Abbott B. Lipsky, Jr., counsel for the Defendant;

communicated in writing with employees of the Department of Justice concerning the status of the Defendant's divestiture efforts.

**II.     Certification.**

The Defendant hereby certifies that this disclosure complies with the requirements of Section 5(g) of the Clayton Act, 15 U.S.C. § 16(g), and that this disclosure is a true and complete description of relevant communications known to the Defendant or of which the Defendant reasonably should have known.

DATED:  January 13, 2014

Respectfully submitted,

*/s/ Paul M. Honigberg*
Paul M. Honigberg
D.C. Bar No. 342,576
Blank Rome LLP
600 New Hampshire Ave. N.W., Suite 1200
Washington, D.C. 20037
Telephone:  (202) 772-5955
Facsimile:  (202) 572-8374
E-Mail:  Honigberg@BlankRome.com

Jeremy A. Rist (*pro hac vice*)
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103
Telephone:  (215) 569-5361
Facsimile:  (215) 832-5361
E-Mail:  Rist@BlankRome.com

*Counsel for the Defendant*
*Heraeus Electro-Nite Co., LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 13th day of January 2014, the foregoing Defendant's Description of Written and Oral Communications Concerning the Proposed Final Judgment and Certifications of Compliance Pursuant to Section 5(G) of the Clayton Act, was filed with the District Court using the Court's CM/ECF system which caused notice of filing to be sent electronically to counsel of record for all ECF-registered parties.

                                                          /s/ PAUL M. HONIGBERG
                                                             Paul M. Honigberg